# United States District Court

| MIDDLE | DISTRICT OF | ALABAMA |

FILED
JUL 29 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

ANGELA LILIA SANCHEZ

## CRIMINAL COMPLAINT

CASE NUMBER: 2:05mj88-W

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 25, 2005__, in __Chilton__ County within the __Middle__ District of __Alabama__ defendant did,

**knowingly purchased and possessed a US Social Security number, knowing it to be forged, counterfeited, altered, or falsely made, or to have otherwise been procured by fraud or unlawfully obtained,**

in violation of Title __42__ United States Code, Section(s) __408(a)(7)(C)__, I further state that I am a __Task Force Agent, FBI Joint Terrorism Task Force__ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

July 29, 2005                                          at   Montgomery, Alabama

Date                                                        City and State

Susan Russ Walker, U.S. Magistrate Judge          _____

Name and Title of Judicial Officer                    Signature of Judicial Officer

## AFFIDAVIT

Affiant, Leslie H. Brown, being duly sworn, deposes and says the following:

1. I, the undersigned Leslie H. Brown, am a Task Force Agent with the FBI Joint Terrorism Task Force (JTTF) located in Montgomery, Alabama. I have conducted investigations involving bank robberies, wire fraud, and numerous other federal criminal violations.

2. On 7/25/05, Alabama State Trooper H. D. Fells stopped Angela Lilia Sanchez for speeding in Chilton County, Alabama, located in the Middle District of Alabama. When Trooper Fells asked Sanchez for her drivers license, she stated that she did not have one, so he asked for other identification. Sanchez opened her wallet and Trooper Fells observed a US Social Security Card. Fells asked Sanchez for the card, and once she gave it to him, he observed what he believed to be other fraudulent documents, to wit: a US Immigration Resident Alien Card. Trooper Fells asked Sanchez if these were legal documents and she said that they were not. Trooper Fells took Sanchez to the Chilton County Jail and determined that the US Social Security Card was, in fact, fraudulent.

On 7/25/05, this affiant interviewed Sanchez and asked her where she purchased the fraudulent US Social Security Card and if she knew it was fraudulent when she purchased it. Sanchez advised she purchased the card from a Mexican national living in Thorsby, Alabama, and that she knew the card was not real.

On 7/29/05, this affiant inquired with the local US Social Security Administration

office and was told that the social security number, 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, had never been legally issued by the US Social Security Administration.

Based on this information, there is probable cause to believe that Angela Lilia Sanchez purchased and possessed a social security number not issued to her by the US Social Security Administration, in violation of Title 42, USC, Section 408(a)(7)(C).

Leslie H. Brown, Task Force Agent
FBI Joint Terrorism Task Force

Sworn to and subscribed before me,
this 29th day of July, 2005

Susan Russ Walker
United States Magistrate Judge