# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

ANGELA LILIA SANCHEZ

**WARRANT FOR ARREST**

CASE NUMBER: 2:05mj 88-W

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ANGELA LILIA SANCHEZ__

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with

**knowingly purchased and possessed a US Social Security number, knowing it to be forged, counterfeited, altered, or falsely made, or to have otherwise been procured by fraud or unlawfully obtained,**

in violation of Title __42__, United States Code, Section(s) __408(a)(7)(C)__.

| SUSAN RUSS WALKER | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| *[signature]* | 7/29/05  Montgomery, AL |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $_____ by _____
SUSAN RUSS WALKER

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest