IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-mj-88-W |
| | ) | |
| ANGELA LILIA SANCHEZ | ) | |
| | ) | |

## MOTION FOR LEAVE TO DISMISS COMPLAINT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Complaint, heretofore filed in the above styled cause, on the following grounds, to wit:

IN THE INTEREST OF JUSTICE.

Respectfully submitted this the 4th day of August, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A